JARED BOBROW (STATE BAR NO. 133712)
jbobrow@orrick.com
DIANA RUTOWSKI (STATE BAR NO. 233878)
drutowski@orrick.com
DONNA LONG (STATE BAR NO. 312520)
dlong@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025-1015
Telephone:    +1 650-614-7400
Facsimile:    +1 650-614-7401

GEOFFREY MOSS (STATE BAR NO. 258827)
gmoss@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017-5855
Telephone:    +1 213-629-2020
Facsimile:    +1 213-612-2499

Attorneys for Defendants
CHI XU and HANGZHOU TAIRUO
TECHNOLOGY CO., LTD., d/b/a NREAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MAGIC LEAP, INC., | Case No. 5:19-cv-03445-LHK |
|---|---|
| Plaintiff, | **NOTICE OF WITHDRAWAL OF UNOPPOSED REQUEST TO BE EXCUSED FROM LEAD TRIAL COUNSEL REQUIREMENT AT UPCOMING CASE MANAGEMENT CONFERENCE (ECF NO. 25)** |
| v. | |
| CHI XU, an individual; HANGZHOU TAIRUO TECHNOLOGY CO., LTD., d/b/a NREAL, | |
| Defendants. | Date:    January 15, 2020<br>Time:    2:00 p.m.<br>Courtroom: 8<br>Judge:   Hon. Lucy H. Koh |

1  Defendants Chi Xu ("Xu") and Hangzhou Tairuo Technology Co., Ltd., d/b/a Nreal
2  ("Nreal") (collectively "Defendants") and their lead counsel, Jared Bobrow, respectfully
3  withdraw their previously filed Unopposed Request to be Excused from Lead Trial Counsel
4  Requirement at Upcoming Case Management Conference (ECF No. 25).  Mr. Bobrow's trial
5  schedule has changed and he is now available to participate in the Case Management Conference
6  scheduled for January 15, 2020.

Dated: January 7, 2020

ORRICK, HERRINGTON & SUTCLIFFE LLP

By:  */s/ Jared Bobrow*
Jared Bobrow
Attorneys for Defendants
CHI XU and HANGZHOU TAIRUO
TECHNOLOGY CO., LTD., d/b/a NREAL