1 ORRICK, HERRINGTON & SUTCLIFFE LLP
  JARED BOBROW (133712)
2 (jbobrow@orrick.com)
  DIANA M. RUTOWSKI (233878)
3 (drutowski@orrick.com)
  DONNA T. LONG (311250)
4 (dlong@orrick.com)
  1000 Marsh Road
5 Menlo Park, CA 94025-1015
  Telephone: (650) 614-7685
6 Facsimile: (650) 614-7400

7 GEOFFREY G. MOSS (258827)
  (gmoss@orrick.com)
8 777 S. Figueroa St., Suite 3200
  Los Angeles, CA 90017
9 Telephone: (213) 629-2020

10 Attorneys for Defendants
   CHI XU and HANGZHOU TAIRUO
11 TECHNOLOGY CO. LTD., d/b/a NREAL

12                    UNITED STATES DISTRICT COURT

13                    NORTHERN DISTRICT OF CALIFORNIA

14

15 MAGIC LEAP, INC.,                          Case No. 5:19-cv-03445-LHK

16                 Plaintiff,                 **UNOPPOSED REQUEST TO BE
                                              EXCUSED FROM LEAD TRIAL
17        v.                                  COUNSEL REQUIREMENT AT
                                              UPCOMING CASE MANAGEMENT
18 CHI XU, an individual; HANGZHOU            CONFERENCE; [PROPOSED] ORDER**
   TAIRUO TECHNOLOGY CO., LTD., d/b/a
19 NREAL,                                     Date:      June 17, 2020
                                              Time:      2:00 p.m.
20                Defendants.                 Courtroom: 8
                                              Judge:     Hon. Lucy H. Koh
21

22

23

24

25

26

27

28
                                              UNOPPOSED REQUEST TO BE EXCUSED FROM
                                              LEAD TRIAL COUNSEL REQUIREMENT AT CMC
                                                                   5:19-CV-03445-LHK

Defendants Chi Xu ("Xu") and Hangzhou Tairuo Technology Co., Ltd., d/b/a Nreal ("Nreal") (collectively "Defendants") and their lead counsel, Jared Bobrow, respectfully request that Mr. Bobrow be excused from attending the June 17, 2020 Case Management Conference for good cause and that Diana Rutowski of Orrick, Herrington & Sutcliffe LLP be permitted to attend in his stead. Plaintiff Magic Leap, Inc. ("Magic Leap") does not oppose this request.

Mr. Bobrow is scheduled to speak at the Federal Circuit Bar Association Bench and Bar Conference. Originally, he was scheduled to speak on June 18, 2020. However, the agenda changed when the conference transitioned to a virtual conference in light of the global COVID-19 pandemic. On May 21, 2020, Mr. Bobrow was informed that his panel time has changed and that he is now scheduled to speak on Wednesday, June 17, 2020 from 1:45 to 2:45p.m.

Defendants and Mr. Bobrow therefore request that Diana M. Rutowski (State Bar No. 233878), be permitted to attend the Case Management Conference in place of Mr. Bobrow. Ms. Rutowski is a Partner with Orrick, Herrington & Sutcliffe LLP, is working on this case with Mr. Bobrow, is familiar with the facts and allegations in this case, and is authorized to act as lead counsel for all purposes at the conference.

In the alternative, Defendants have conferred with counsel for Magic Leap and determined that lead counsel for both parties are available to attend if the CMC is rescheduled for June 24, 2020.

WHEREFORE, for the foregoing reasons, Defendants request that the Court excuse Mr. Bobrow from attending the June 17, 2020 Case Management Conference and permit Ms. Rutowski to attend in his stead. In the alternative, the Parties request that the CMC be rescheduled for June 24, 2020.

Dated: May 27, 2020

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: _____*/s/ Jared Bobrow*_____
Jared Bobrow
Attorneys for Defendants
CHI XU and HANGZHOU TAIRUO
TECHNOLOGY CO., LTD., d/b/a NREAL

- 1 -   UNOPPOSED REQUEST TO BE EXCUSED FROM LEAD TRIAL COUNSEL REQUIREMENT AT CMC
5:19-cv-03445-LHK

**[PROPOSED] ORDER**

Good cause appearing, Defendants' Request to excuse Lead Trial Counsel from attending the upcoming June 17, 2020, Case Management Conference is hereby granted. Diana M. Rutowski of Orrick Herrington & Sutcliffe LLP is hereby permitted to attend the Case Management Conference for Defendants.

Dated: _____June 1_____, 2020

_____
Honorable Lucy H. Koh
United States District Judge

- 1 -

UNOPPOSED REQUEST TO BE EXCUSED FROM
LEAD TRIAL COUNSEL REQUIREMENT AT CMC
5:19-cv-03445-LHK