| | |
|---|---|
| 1 | COOLEY LLP |
| | MICHAEL G. RHODES (116127) |
| 2 | (rhodesmg@cooley.com) |
| | 101 California Street |
| 3 | 5th Floor |
| | San Francisco, CA 94111-5800 |
| 4 | Telephone: (415) 693-2000 |
| 5 | MARK F. LAMBERT (197410) |
| | (mlambert@cooley.com) |
| 6 | TIJANA M. BRIEN (286590) |
| | (tbrien@cooley.com) |
| 7 | JESSIE SIMPSON LAGOY (305257) |
| | (jsimpsonlagoy@cooley.com) |
| 8 | 3175 Hanover Street |
| | Palo Alto, CA 94304 |
| 9 | Telephone: (650) 843-5000 |
| | Facsimile: (650) 849-7400 |
| 10 | |
| 11 | Attorneys for Plaintiff |
| | MAGIC LEAP, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MAGIC LEAP, INC., | | Case No. 5:19-cv-03445-LHK |
| Plaintiff, | | **NOTICE OF DISMISSAL WITHOUT PREJUDICE** |
| v. | | Judge:   Honorable Lucy H. Koh |
| CHI XU, an individual; HANGZHOU TAIRUO TECHNOLOGY CO., LTD., d/b/a NREAL | | |
| Defendants. | | |

1  PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Magic Leap, Inc. hereby dismisses the above-captioned action against Chi Xu and Hangzhou Tairuo Technology Co., Ltd., d/b/a Nreal (collectively, "Defendants") without prejudice. Defendants have not served an answer or a motion for summary judgment.

Dated: July 8, 2020

COOLEY LLP
MICHAEL G. RHODES (116127)
MARK F. LAMBERT (197410)
TIJANA M. BRIEN (286590)
JESSIE SIMPSON LAGOY (305257)


    */s/ Mark F. Lambert*
Mark F. Lambert (197410)

*Attorneys for Plaintiff*
MAGIC LEAP, INC

229239428